FRYSINGER EVANS, etc., v. 2168 BROADWAY CORPORATION and Another. ABRAHAM J. BLAIVAS v. THOMAS DARLINGTON and Another, Trustees.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WESSEL, DUVAL & Co., INC., v. L. N. JACKSON & Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LOUIS MARCUS and Another v. C. ITOH & Co., LTD. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROBERT S. BUTTLES, as Substituted Receiver, etc., v. ALBERT L. SMITH and Others and E. ALLAN REINHARDT, Individually, etc., and PAUL V. HALL and Others.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See sub nom. Curley v. Smith, 255 App. Div. 952.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FREDERICK H. ROGE against LEWIS J. VALENTINE, as Commissioner, etc.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See 255 App. Div. 475.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

DAVIS YARN Co., INC., and Others v. BROOKLYN YARN DYE Co., INC., and Another. GREENWELK KNITWEAR Co., INC., v. BROOKLYN YARN DYE Co., INC., and Another. INTERSTATE KNITTING MILLS, INC., v. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and Others. GREENHILL & DANIEL, INC., v. BROOKLYN YARN DYE Co., INC., and Another. MAY KNITTING Co., INC., v. BROOKLYN YARN DYE Co., INC., and Another, Impleaded with SWITZERLAND GENERAL INSURANCE COMPANY, LTD.— Motion for reargument of appeal and for resettlement and modification of order of this court and for other relief denied. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ARTHUR SEIDL v. FREDERICK MARTIN BOB BURNS and Others.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HELEN M. SMITH, as Executrix, etc., v. WILLIAM J. RAPP, as Executor, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Arbitration between MAX OLTARSH and Others and CLASSIC DRESSES, INC.— Motion for reargument or for resettlement denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ROSE NEWBERG, Impleaded, etc., v. THE CITY OF NEW YORK, Impleaded, etc.— Motion for reargument and other relief denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.